**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL NO. 09-00078-KD** |
| ) | |
| **MONTRE WILLIAMS** ) | |

## ORDER

For good cause shown and pursuant to the provisions of Rule 36 of the Federal Rules of Criminal Procedure, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby AMENDS **nunc pro tunc** the judgment which was entered in the above styled action on September 15, 2009, to read as follows:

**Sheet 1: USM Number: 10631-003** (see attachment)

All other provisions of the original sentence are reimposed.

**DONE and ORDERED** this 16th day of September, 2009.

　　　　　　　　　　　　　　　　　　s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　KRISTI K. DuBOSE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE